IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED

MAR 2 2 2007

CHARLES R. FULBRUGE III
CLERK

No. 06-60662

CONOCOPHILLIPS CO; ANADARKO PETROLEUM CORP; SURFRIDER
FOUNDATION; MASSACHUSETTS PUBLIC INTEREST PROTECTION
RESEARCH GROUP; RIVERKEEPER INC; NATURAL RESOURCES DEFENSE
COUNCIL;
WATERKEEPER ALLIANCE INC; SOUNDKEEPER INC; DELAWARE RIVERKEEPER
NETWORK; AMERICAN LITTORAL SOCIETY; RARITAN BAYKEEPER
INC, dba NY/NJ BAYKEEPER; SAVE THE BAY-PEOPLE FOR
NARRAGANSETT BAY; FRIENDS OF CASCO BAY; SANTA MONICA
BAYKEEPER

     Petitioners

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
STEPHEN L JOHNSON, ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY, IN HIS OFFICIAL
CAPACITY AS ADMINISTRATOR OF THE UNITED STATES EPA

     Respondent

AMERICAN PETROLEUM INSTITUTE

     Respondent - Intervenor

---

Petition for Review of an Order of the
Environmental Protection Agency

---

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges

PER CURIAM:

IT IS ORDERED that petitioners' motion to transfer consolidated petitions for review to the United States Court of Appeals for the Second Circuit is DENIED.